Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
TAMPA Division

| | |
|---|---|
| ZACKERY L. OLIVER SR<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v- BOB GUALTERI, In offical, as Sheriff of Pinellas County FLORIDA, Deputy Andrews, Deputy Costra, Inmate Cornellias Servant<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 8:22 cv 264 TPB-JSS<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Zackery L. Oliver SR
All other names by which you have been known:
ID Number: 270647
Current Institution: Polk Corr. Inst.
Address: 10800 Evans Road
Polk City, FL, 33868
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Bob Gualtier
Job or Title (if known): Sheriff
Shield Number:
Employer: Pinellas County Sheriff
Address: 14400 49th Street North
Clearwater, FL, 36743
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Deputy Andrews
Job or Title (if known): Pinellas County Deputy Sheriff
Shield Number:
Employer: Pinellas County Jail
Address: 14400 49th Street North
Clearwater, FL, 36743
City / State / Zip Code
☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
- Name: DEPUTY Costra
- Job or Title (if known): Pinellas County DEPUTY Sherrif
- Shield Number:
- Employer: Pinellas County Jail
- Address: 14400 49th Street North
- City: Clearwater   State: FL   Zip Code: 36743

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**
- Name: Inmate Cornellias Servant
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff's 8th and or 14th Amendments to the United States Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sheriff Bob Gualtier failed to protect Plaintiff Eight Amendment Right against cruel and unusual Punishment in his official capacity as Sheriff of Pinellas County Florid as well as his Deputy, Deput Andrews and Deputy Costra

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IV.  **PRISONER STATUS:**

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*)

- ■ Pretrial Detainee
- ☐ Civilly Committed Detainee
- ☐ Immigration Detainee
- ● Convicted and Sentenced State Prisoner
- ☐ Convicted and Sentenced Federal Prisoner
- ☐ Other *(explain)*

VI.  **STATEMENT OF CLAIM:**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Sheriff Bob Gualtieri failed to protect Plaintiff's Eighth Amendment Right against cruel and unusual punishment when his deputies allowed Plaintiff's jaw to be broken by two other prisoners even though the deputies were alerted by Plaintiff that he had a "keep safe" order from the two other inmates.**

    A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    N/A

    B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

    **On March 7, 2017 @ approximately 7:30 a.m to 8:00 a.m, Plaintiff was housed in the Pinellas County, Florida Jail where the incident described occurred.**

C. What date and approximate time did the events giving rise to your claim(s) occur?

**On March 7, 2017 @ approximately 7:30 a.m to 8:00 a.m**

D. What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

Due to a prior federal indictment in November 2002, in which Plaintiff and numerous other defendant's including Cornellias Servant were part of this indictment and federal investigation, Plaintiff and inmate Cornellias Servant were put on a keep separate order by the federal government.

On March 7, 2017, Plaintiff had a court date scheduled. Plaintiff was being detained in the Pinellas County Jail for Pre-Trial. At approximately 5:00 a.m. on that morning, Plaintiff was led downstairs to the holding cell at the Pinellas County Jail. At that time, Plaintiff seen Inmate Cornellias Servant in the holding cell. Plaintiff alerted Deputy Andrews (Officer running holding cell area on date of incident) that he had a keep separate order with inmate Servant and that they were not to be in the same cell together due to a prior federal investigation and indictment. Deputy Andrews put Plaintiff in another holding cell until he could look on the computer and see what Plaintiff was talking about and verify. Deputy Andrews came back and let Plaintiff know that he verified the keep separate order and that he would let the other Deputies know. Later on, Deputy Costra was assigned to take inmates to court. Deputy Andrews gave Plaintiff a thumbs up to let him know that Deputy Costra knew the situation. When the inmates were received at the Pinellas County Courthouse, Deputy Costra put inmate Servant and Plaintiff into the same holding cell together. Inmate servant then came towards Plaintiff, leaving Plaintiff with no option but to try and defend himself. Inmate Servant along with one of his friends then started fighting with Plaintiff. Afterwards Plaintiff received medical care for a broken jaw that included surgery that wired his mouth shut for over three (3) months.

Sheriff Bob Gualtieri failed to properly advise his deputies that inmate Servant and Plaintiff had a keep separate order. He failed to properly keep track of inmate Servant and Plaintiff due to the keep separate order. Plaintiff was not supposed to be scheduled for court on the same date or time as inmate Servant. Sheriff Bob Gualtieri's failure to properly perform his ministreal duties as sheriff and adhere to policies put in place to protect inmates under keep separate order, caused Plaintiff to have his jaw broken by inmate Servant and then have his mouth wired shut for over three (3) months.

VII.   **INJURIES:**

**Plaintiff's Jaw was broken and Plaintiff had to have his jaw wired up for about four (4) months.**

VIII. **RELIEF:**

State briefly what you want the court to do for you. Make no legal argument. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

**Plaintiff, Zachery Oliver is seeking monetary damages in the amount of three million dollars ($ 3,000,000). Plaintiff is seeking this amount in damages for the medical costs accrued for reconstructive surgery on his jaw. Plaintiff also seeks this amount for any future medical expenses that may occur, attorney fees, and for pain and suffering.**

IX.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

   A. Did your claim(s) arise while you were confined in a jail, prison or other correctional facility?

   ■   YES
   ☐   NO

   If yes, name the Jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

   **Pinellas County Jail, 14450 44th Street, Clearwater, Florida 33756**

   B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

6

☐ **YES**
☐ **NO**
■ **DO NOT KNOW**

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ **YES**
☐ **NO**
■ **DO NOT KNOW**

If yes, which claim(s)? **N/A**

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ **YES**
■ **NO**

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ **YES**
■ **NO**

E. If you did file a grievance: N/A

1. Where did you file the grievance? N/A
2. What did you claim in the grievance? N/A
3. What was the result, if any?
4. What steps, if any, did you take to appeal that decision? Is the grievance process completed/? If not, explain why not. (*describe all efforts to appeal to the highest level of the grievance process.*)

_____
_____.

F. If you did not file a grievance:

7

1. If there are any reasons why you did not file a grievance, state them here:

**Plaintiff could not adhere to the exhaustion of administrative remedies at the time due to being transferred to prison (Orlando Correctional Institution) less than a week after incident occurred.**

**Plaintiff did not know that there was a grievance process available to him at the institutional level regarding this incident. Due to Plaintiff being transferred to different institutions less than a week after the incident occurring, Plaintiff retained an attorney (James Cook, Tallahassee, FL) around June 2017 and he was pursuing legal ramifications until 2019 when Plaintiff was advised by him on or around 11/19/2019 that he would no longer be handling Plaintiff's case. Plaintiff then decided to file his own 1983 Civil Rights Complaint after this. Plaintiff had also believed that attorney James Cook was handling any grievance process for him.**

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when, and how, and their response, if any: **N/A**

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. (*Note: you may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## X.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. To the best of your Knowledge, have you had a case dismissed based on the "three strikes rule"?

☐ **YES**
■ **NO**

If yes, state which court dismissed your case, when this occurred, and attach any copy of the order if possible. **N/A**

8

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

 ~~Yes~~

☑ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.    Parties to the previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____

        2.    Court *(if federal court, name the district; if state court, name the county and State)*

        3.    Docket or index number

        4.    Name of Judge assigned to your case

        5.    Approximate date of filing lawsuit

        6.    Is the case still pending?

            ☐ Yes

            ☑ No

            If no, give the approximate date of disposition. _____

        7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

 3. Docket or index number

    _____

 4. Name of Judge assigned to your case

    _____

 5. Approximate date of filing lawsuit

    _____

 6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

 7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-20-22

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Zackery L. Oliver SR
Prison Identification #: 270647
Prison Address: 10800 Evans Road
Polk City, FL 33868

[Notary stamp: Danielle [signature], Notary Public State of Florida, Comm# HH128431, Expires 5/10/2025, 1-20-22]

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____